| | | |
|---|---|---|
| **ATTORNEY GRIEVANCE COMMISSION OF MARYLAND** | * | IN THE |
| | * | COURT OF APPEALS |
| | * | OF MARYLAND |
| **v.** | * | Misc. Docket AG No. 18 September Term, 2020 |
| | * | |
| | * | (No. C-13-CV-20-000528, |
| **TIMOTHY GUY SMITH** | * | Circuit Court for Howard County) |

## O R D E R

Upon consideration of the Joint Petition for Indefinite Suspension by Consent filed by the Attorney Grievance Commission of Maryland and the Respondent, Timothy Guy Smith, it is this 12th day of November, 2020

**ORDERED**, by the Court of Appeals of Maryland, that the Respondent, Timothy Guy Smith, be indefinitely suspended from the practice of law in the State of Maryland, effective December 31, 2020, for engaging in professional misconduct that violated Rules 1.4(b), 1.7, 1.8(a), 1.9, 4.1(a)(1), and 8.4(a) and (c) of Maryland Lawyers' Rules of Professional Conduct in effect prior to July 1, 2016; and it is further

**ORDERED**, that on December 31, 2020, the Clerk of this Court shall strike the name of Timothy Guy Smith from the register of attorneys in the Court and certify that fact to the Trustees of the Client Protection Fund of the Bar of Maryland and the Clerks of all judicial tribunals in this State in accordance with Maryland Rule 19-761(b).

Pursuant to Maryland Uniform Electronic Legal Materials Act (§§ 10-1601 et seq. of the State Government Article) this document is authentic.



Suzanne C. Johnson, Clerk

/s/ Mary Ellen Barbera
Chief Judge